THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD RODRIGUEZ, Appellant. [868 NYS2d 536]

The defendant's contention that the evidence was legally insufficient to prove his guilt of attempted assault in the second degree beyond a reasonable doubt is unpreserved for appellate review (*see* CPL 470.05; *People v Soto,* 8 AD3d 683, 684 [2004]; *People v Smith,* 303 AD2d 426, 427 [2003]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to show that the defendant intended to cause the complainant physical injury (*see People v Gordon,* 284 AD2d 481, 481-482 [2001]).

In fulfilling our responsibility to conduct an independent

review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson,* 9 NY3d 342, 349 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe their demeanor (*see People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley,* 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]). Mastro, J.P., Miller, Balkin and McCarthy, JJ., concur.